# EXHIBIT D

Case 5:07-mc-80252-JW    Document 3-5    Filed 11/14/2007    Page 1 of 3

RECEIVED MAR 26 2004
Thorpe, North & Western

FILED ___ LODGED
RECEIVED ___ COPY
MAR 23 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

___ FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 12 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: _____
(Rule Number/Section)

| | |
|---|---|
| Christopher D. C. Hossack, SB 003420<br>**FOLK & ASSOCIATES, P.C.**<br>One Columbus Plaza<br>3636 N. Central Avenue, Suite 600<br>Phoenix, Arizona 85012-1935<br>Telephone: (602) 222-4400<br>Facsimile: (602) 263-8274 | Peter M. de Jonge<br>David L. Stott<br>**THORPE NOR,**<br>8180 South 700 1<br>Sandy, Utah 84C<br>Telephone: (801)<br>Facsimile: (801) |

Mark M. Bettilyon
Arthur B. Berger
**RAY, QUINNEY & NEBEKER**
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

*Attorneys for Sport Court, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| RHINO SPORTS, INC., an Arizona corporation, and JOHN E. SHAFFER,<br><br>Plaintiffs/Counterdefendants<br><br>vs.<br><br>SPORT COURT, INC., a Delaware corporation,<br><br>Defendant/Counterclaimant. | **SEALED**<br><br>CV 02-1815 PHX JAT<br><br>PERMANENT INJUNCTION<br>SEALED |

Based on the Joint Motion and Stipulation to Permanent Injunction of Plaintiffs/Counterdefendants Rhino Sports, Inc., and John E. Shaffer and Defendant/Counterclaimant Sport Court, Inc., and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs/Counterdefendants Rhino Sports, Inc., and John E. Shaffer, and their respective agents, servants, employees, attorneys, and other persons in active concert or participation with them, are permanently enjoined from directly or indirectly using in commerce the mark SPORT COURT, or any words, marks, or phrases confusingly similar thereto,

(90)

either alone or in combination with other words, marks, or phrases, and including any plural forms, in any style, form, or media whatsoever, including, but not limited to, on or in connection with the Internet, such as in an Internet domain name, as a sponsored link, in connection with an Internet web page, or as HTML code for an Internet website in any manner, such as the title or keyword portions of a metatag, or otherwise.

DATED this 16 day of ~~February~~ March, 2004.

BY THE COURT:

_____
Hon. James A. Teilborg
United States District Judge

Approved as to form:

MOHR, HACKETT, PEDERSON,
BLAKLEY & RANDOLPH, P.C.

_____
David W. Dow
Daniel P. Beeks

*Attorneys for Plaintiffs/Counterdefendants
Rhino Sports, Inc., and John E. Shaffer*

750905

2